```
Michael C. School
Pro Se'
P.O. Box 102.
Grass Valley ca, 95945
(530)450-9598
```



FILED
JAN 0 2 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the United States District Court

for the Eastern District of California

Michael C. School,

Plaintiff

vs.

Deputy Olivia Rodrigues,

Deputy Rory Sonnier,

950 Maidu Ave #200 Nevada City Ca 95959

Nevada County Sheriffs Department

950 Maidu Ave #200 Nevada City Ca, 95959

     Defendant(s)

Case No.: No. [ 2:20 - CV 0 0 0 4 JAM EFB P$

[Claim for damages Civil Rights Violations]

## I JURISDICTION AND VENUE

1) This action is brought pursuant to 42 U.S.C. § 1983 & 1988 & the Second, Fourth, Fifth, Sixth and Fourteenth Amendments to the Constitution of the United States

2) Plaintiff evokes the Jurisdiction of this Court pursuant to Title 28 U.S.C.§ 1331,1343 & 1367.

3) Venue is appropriate in this district pursuant to 28 U.S.C. § 1391 because the event(s) that gave rise to this claim occurred within the judicial boundaries of this court.

## II PARTIES

4) Plaintiff/Petitioner Michael C. School hereinafter "Plaintiff" has resided in Nevada County for over 7 years.

5) Defendant(s) Deputy Rory Sonnier and Olivia Rodrigues hereinafter "Defendant"(s) at all times relevant to the facts herein this complaint were Deputy Sheriffs acting in such capacity as the agent, servant & employee, employed by defendant: Nevada County Sheriffs Department and are being sued in their individual and official capacity.

6) Defendant COUNTY OF NEVADA INC Hereinafter " Nevada County" being sued as a person, is a municipal corporation (Dunn and Bradstreet #781349535)

7) operating within the State of California (Dunn and Bradstreet# State of California-071549000 City of Los Angeles-159166271 County of Los Angeles- 132585055) that is; directly or indirectly responsible for employing, training, supervising, compensating & enriching or rewarding defendant Deputy(s) for their actions against Plaintiff.

## III FACTS

8) All events depicted herein occurred on the morning of September 2nd 2018

9) Plaintiff was on Private Property within his own private home secured in his Person with Private Property Notices clearly posted and also certified mailed and received by Nevada County. (See No Trespassing Notices with Fee Schedule attached as exhibit 1

10)   10)Plaintiff Noticed a Nevada County Sheriff Patrol vehicle parked inside his front gate in front of his private residence.

11) Plaintiff went outside the front door to inquire as to why Deputy Olivia Rodrigues was in my yard who without cause ordered plaintiff to turn around and place my hands behind my back that plaintiff was being secured for "her safety."

12) At all times relevant herein Deputy Rodrigues produced no warrant to arrest or search plaintiff.

13) At all times relevant herein plaintiff was not read his Miranda rights or told he was under arrest.

14) There were **NO** exigent circumstances for arresting plaintiff.

15) Deputy Rodrigues aided by Deputy Sonnier battered and assaulted plaintiff without cause or provocation whereby snatching plaintiff from his residence over plaintiffs objections.

16) Deputy Rodrigues interrogated Plaintiffs 11 year old son D. School without an adult present. After D. gave his statement. Deputy Rodrigues violated P.O.S.T. Guidelines by calling D. School a "Liar" and not comforting a child as per her Duty.

17) Plaintiff advised Deputy(s) Rodrigues and Cpl. Sonnier (Supervisor/backup) that Plaintiffs cuffs were too tight and hurting him with his arms locked in position behind his back with his pleas willfully ignored.

18) Plaintiff demanded to speak with his attorney and was refused.

19) Plaintiff repeatedly demanded to be taken before an immediate neutral judge or magistrate to know the nature and cause of his arrest. Deputy Rodrigues drives the Sheriff

Patrol Vehicle to the County Jail and deposited plaintiff there to be booked.

20) Plaintiff was arrested, searched & imprisoned absent a verified complaint.

21) Deputy(s) Rodrigues and Sonnier knew or should have known with respect to their duties and clearly established law; plaintiff had a right to be secure in his person against unreasonable searches & seizures.

22) Deputy Rodrigues knew or should have known her duties required her to take plaintiff before an immediate neutral judge or magistrate without unnecessary delay for a probable cause hearing.

23) Deputy Rodrigues knew or should have known with respect to her duties & clearly established law; that an arrest or search could only arise from a warrant or exigent circumstances.

24) Deputy Rodrigues knew or should have known her actions caused plaintiff injuries from her objectively unreasonable use of force.

25) Nevada County Sheriffs Department knew or should have known with respect to its duties, its deputies duties, & clearly established law, Deputy Rodrigues arrested, searched, & imprisoned plaintiff absent warrant or bona fide criminal process.

26) Nevada County as a policy or custom failed to properly train, supervise, control, correct the abuse of authority, or discourage the unlawful use of authority of its deputies. The failure to properly train Deputy(s) Rodrigues and Sonnier included to instruct them in applicable provisions of the U.S.

Constitution on seizing, arresting, searching and imprisoning a person or persons without warrants or bona fide criminal process.

27) Nevada County as a policy or custom approves or ratifies unconstitutional acts of its deputies, depriving a person or persons of procedural due process rights.

28) Plaintiff had a reasonable expectation Nevada County Deputies wouldn't arrest, search, nor imprison his person absent warrant, exigent circumstances, probable cause hearing, or verified complaint because that would violate clearly established law.

29) At **ALL** times relevant herein defendants were acting under color of state law.

30) Defendants and Nevada County at all times relevant herein, acted in bad faith, deliberately indifferent, wantonly, recklessly, maliciously & willfully, with the intent of injuring & oppressing plaintiff, by the reason of which plaintiff is entitled to all relief in plaintiffs prayer.

## IV FEDERAL CAUSES OF ACTION

31) All allegations in paragraphs 1-29 are incorporated herein by reference.

32) The herein described actions, engaged in under color of state authority by Deputy(s) Rodrigues, Sonnier and Nevada County Sheriffs Department, including Nevada County sued as a person, responsible because of its policy or custom & approval or ratification thereof for the acts of its Sheriffs Deputies depriving plaintiff of rights secured to him by the U.S. Constitution, include, but not limited to, plaintiff's Fourth Amendment right to be secure in his person against unreasonable searches & seizures,& plaintiff's Fourteenth Amendment liberty rights & right to due process.

33) **Primary Cause!** Plaintiffs Fourth Amendment, as it applies to the states through the Fourteenth Amendment right to be secure in his person against unreasonable searches & seizures was violated upon being coerced from his private residence excessively, willfully & needlessly & and upon his person being arrested and searched without even a scintilla of justification therefore **UNDER THE GUISE** of being arrested which was objectively unreasonable & contrary to clearly established law. Thus, Doe(s) were trespasser Ab Initio for their deliberate wanton disregard of their duties, law & defrauding plaintiff of his Due Process rights. This action resulted directly & only from a use of force of Doe on plaintiff that was clearly excessive to the need & Nevada County(s) prima Facie deliberate indifference to its duties, law & plaintiff's right(s) which is objectively unreasonable. Plaintiff also claims upon defendant Doe Trespass upon his person & violations of clearly established law he was subjected to false arrest & imprisonment & assault & battery to his person without cause or bona fide criminal process. As a direct result of defendants actions jointly & severally against plaintiff whereby violating clearly established law, plaintiff has suffered injuries to his person.

## SECONDARY CAUSE

34) Plaintiffs Second Amendment right to keep and bear arms was violated when Doe 1 came to Plaintiffs holding cell and stated plaintiff would not be released until he surrendered his Privately Owned Firearms which were secured in a gunsafe at 12795 La Barr Meadows Rd. Does 1&2 have sworn an Oath in exchange for wages to uphold and defend the State and Federal Constitution.

## THIRD CAUSE

35) Plaintiffs Fifth Amendment right was violated when he was questioned without counsel present to which plaintiff co-operated with Does 1&2 believing he would be released from custody after a thorough and complete investigation was conducted.

## FOURTH CAUSE

36) Plaintiffs Sixth Amendment right was violated when Does 1&2 denied Plaintiff access to Counsel.

## FIFTH CAUSE

Plaintiff's Fourteenth Amendment right(s) to locomotion, to be free from false arrest, false imprisonment, assault & battery, & due process was deprived absent procedural due process by Does 1 & 2 seizing, searching, arresting & imprisoning plaintiffs person without cause or bona fide criminal process & denying plaintiffs right to be taken before an immediate neutral judge or magistrate on said day of this incident then depositing plaintiff into the County Jail to be booked absent verified complaint. As a direct and proximate result of defendants

actions jointly and severally against plaintiff whereby violating clearly established law, plaintiff has suffered injuries to his person.

## SIXTH CAUSE

Nevada County Sued as a person maintains a policy or custom that subjects a person or persons to deprivations of procedural due process rights under color of state law. Plaintiffs injuries resulted directly from (1) Nevada County's said policy or custom (2) Doe's objectively unreasonable use of force whereby effectuating said policy or custom on plaintiff. Despite Nevada County's awareness that persons taken into custody are being deprived of proper procedural due process rights, Nevada County willfully ignored its duties & law, thereby displaying an official policy or custom, which was deliberately indifferent to the constitutional rights of persons who its Deputies come into contact with, & was the moving force behind plaintiffs injuries. Thus, Nevada County is liable under 42 U.S.C. 1983. As a direct and proximate result of defendants wanton& reckless disregard & deliberate indifference to their & its duties, plaintiffs rights, & clearly established law jointly and severally, plaintiff has suffered injuries to his person.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff respectfully demands **"IN THE INTERESTS OF JUSTICE"** judgment against defendants who acted, objectively unreasonable, deliberately indifferent & wantonly in violating clearly established law & plaintiffs rights with reckless disregard for plaintiffs reasonable expectations of those rights jointly & severally as follows (1) $5,000,000.00 in compensatory damages for all plaintiffs injuries sustained against defendants; such as, false arrest, false imprisonment, assault & battery, & violation of his Fourth and Fourteenth Amendments (2) $100,000.00 in punitive damages to deter & make an example of defendant Doe(s), all cost & disbursements of this action, all attorneys fees pursuant to 42 U.S.C.§1988, the right to amend this complaint by further evidence & fact finding, declaratory judgment that (a) actions of defendant deputy on said morning constituted an unlawful arrest, search, imprisonment,& assault & battery on plaintiffs person in violation of U.S Constitution Fourth Amendment , Fourteenth Amendments due process clause, & 42 U.S.C. 1983; & that (b) defendant Nevada County is liable under 42 U.S.C.§ 1983 for its deliberate indifference to its duties, its inhabitants rights, & clearly established law by deliberately failing to properly train & supervise its deputies in mandatory due process requirements, & deter its deputies from unlawful conduct thereto. Injunctive relief to prevent Nevada County Deputies from arresting, searching, or imprisoning plaintiff hereafter absent bona fide criminal process unless plaintiff commits a felony or breach of the peace, & any other relief this court deems proper.

## VERIFICATION

State of California)

                )SS

  County of Nevada)

I, Michael C. School, plaintiff in the attached form for damages do affirm the facts & allegations within the attached complaint hereto to be TRUE & CORRECT to the very best of my knowledge & belief. **SO HELP ME GOD!**

                                          **PLAINTIFF PRO SE'**
                                          **Michael C. School**
                                          **P.O. Box 102**
                                       **Grass Valley Ca,95945**

*[signature: Michael C. School]*

Sworn to & subscribed before me on this 2nd day of January 2020

Notary Jurat:

My Commission expires:____

*See attached — Cau 1/2/20*

---

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Nevada__

Subscribed and sworn to (or affirmed) before me on this __2nd__ day of __January__, 20__20__, by __Michael C. school__ _____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

Signature _Elizabeth Unruh_

ELIZABETH UNRUH
Notary Public - California
Nevada County
Commission # 2249143
My Comm. Expires Aug 4, 2022

# EXHIBIT 1

1- No Trespassing Notice w/fee schedule and Notary Acknowledgement ( 3 pages)
2- No Trespassing Sign posted on each side of gate entrance to 12795 La Barr Meadows Rd, Grass Valley Ca 95949 (1page)
3- Notary Proof of Service by Mail form-dated 3/13/2018 sent by Certified Mail tracking Number 7017-3040-0000-7247-7630 to Nevada County Sheriff attn: Keith Royal. (1 page)

(6 pages with this coversheet)

Without Prejudice U.C.C. 1-308
By: /s/ Michael School                    1/1/2020
For: MICHAEL C. SCHOOL

# No Trespassing Sign Posting Notice

CC: Nevada County Sheriff's
CC: Nevada County District Attorney
CC: Chairman of the Nevada County Board of Supervisors
CC: Director Nevada County Planning Department
CC: Office of the Governor of California
CC: Office of the California Attorney General
CC: RISK MANAGEMENT

Dear Public Servants, We have installed strongly-worded NO TRESPASSING signs on our property located at:

12795 La Barr Meadows Rd. Grass Valley California [95949] (A.P.N. 22-250-36-000) (4.27 Acres-Legal Description PTN W ½ 1-15-8) This letter will serve as constructive Notice to the county sheriff, county prosecuting attorney, county commissioners/Board of Supervisors and the director of the county planning staff, if any, or other government agencies. Be advised that I/WE will consider any trespassing by any government agent for any reason, other than a fire or medical emergency, without my/our Express Written Permission, as a violation of Title 18 U.S.C. 241,242,245 and any other applicable federal or state civil or criminal trespass statutes. If such Trespass occurs, I/WE will consider the government agent/Trespasser as an intruder and will take all lawful means to expel the intruder. Any evidence gathered by said government agent used against us for any reason, will be challenged in court as having been gathered in violation of law.

You are hereby notified that the Owner(s) of this property requires all public officials, agents, law enforcement, or any other person or persons abide by the **" Supreme Law of the Land", The U.S. Constitution and the lawfully ratified Amendments thereto.** Said owner(s) expect any government agent to uphold their Oath of Office in good faith to protect and defend the Constitution of the United States. Owner(s) refuse to permit any access, search, audit, assessment, or inspection whatsoever of this privately owned property without the presentation of a warrant, prepared as prescribed by the 4th Amendment to the U.S. Constitution and **"Particularly describing the place to be searched and the persons or things to be seized."** Alleged zoning, land use code, or environmental protection violations, do not establish constitutional reasons for entering this property.

**BE ADVISED: THE RIGHT TO EXCLUDE ANYONE, EVEN GOVERNMENT, OR LAW ENFORCEMENT, IS AN INVIOLATE, CONSTITUTIONAL RIGHT, SET IN LAW, TO-WIT;**

"A property owner's right to exclude extends to private individuals as well as the government." See United States v. lyons, 992 F.2d 1029, 1031 (10th Cir. 1993) "The intruder who enters clothed in the robes of authority in broad daylight commits no less an invasion of [property] rights than if he sneaks in the night wearing a burglars mask." **Hendler v. United States** 952 F.2d 1364, 1375 (Fed. Cir. 1991) "The right to exclude [is] universally held to be a fundamental element of the property right." **Kaiser Aetne v. United States,** 444 U.S. 164, 17880 (1979); see also **Dolan v. City of Tigard,** 512 U.S. 374, 384 (1994) The right has long been recognized as one of the main rights attaching to property. **Rakas v. Illinois,** 439 U.S. 128, 143 n.12 (1978)! **IF YOU VIOLATE THIS LAW WITHOUT OUR EXPRESS PERMISSION\WE WILL FILE CRIMINAL TRESPASS CHARGES AGAINST YOU AND YOU EXPRESSLY AGREE TO THE FOLLOWING FEE SCHEDULE!!**

---

Michael C. School 12795 La Barr Meadows Rd Grass Valley California [95949]     530-477-7940     Page 1



## Schedule A

**Currency:** *Troy ounces of 99.9% pure silver.
Silver has been selected because the former corporations that issued currencies have been foreclosed.
**Collection fees:** Collection fees for any unpaid invoices are additional.

### Charges

| Item | Description | *Rate (in ounces of Silver) |
|---|---|---|
| 1 | Any claim absent a lawfully binding contract between the parties | 2,000 oz |
| 2 | Enforcing or attempting to enforce any prior issued instrument from a foreclosed entity | 2,000 oz |
| 3 | Enforcing or attempting to enforce a judgement from a "Court" | 5,000 oz |
| 4 | Engaging any 3rd Party service absent a lawfully binding contract between the parties | 10,000 oz |
| 5 | Breach of privacy including but not limited to each or any form, notice or letter addressed to anyone other than the Proponent at the reply address noted on each presentment | 500* oz |
| 6 | Unlawful physical or non-physical threat including but not limited to a threat of prosecution, restraint, bodily harm or legal action | 4,000* oz |
| 7 | Unlawful physical harm including but not limited to restraining Proponent or inflicting bodily harm. | 10,000* oz |
| 8 | Unlawful repairable Damage to the Proponent's private property or goods instigated by or caused by the Respondent | 5,000* oz |
| 9 | Unlawful destruction of Proponent's private property or goods including but not limited to irreparable damage | 10,000* oz |
| 10 | Unlawful claim of ownership of Proponent's private property or goods including but not limited to sale or auction | 5,000* oz |
| 11 | Action against another, not party to these terms and conditions, absent a lawfully binding contract between the parties, causing harm to Proponent, including but not limited to damage of Proponent's measurable energy | 1,000* oz |
| 12 | Each telephone call made by Respondent in the pursuit of any claim absent a lawfully binding contract between the parties | 1,000* oz |
| 13 | Seizing Proponent's private property or goods as surety for payment of any claim absent a lawfully binding contract between the parties | 1,000* oz per calendar day |
| 14 | Each day claim is made against Proponent's private property or goods, including but not limited to registering a lien, absent a lawfully binding contract. | 500* oz per calendar day |
| 15 | Unlawful arrest or detainment per calendar day or part thereof. | 1,000 oz per calendar day |
| 16 | Operating or perpetuating any and all private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS of and against the One People*. <br>*The One People as defined in UCC 2012079290 | 1,000* oz per calendar day |
| 17 | Using presumption in your favor against Proponent in anything regarding Proponent especially after you have been warned not to do so. | 5,000* oz per calendar day |
| 18 | Ignoring and or pretending not to hear Proponents Objections. This is a most serious crime. | 10,000* oz per calendar day |



Respectfully Without Prejudice U.C.C. 1-308



Acknowledgment Attached

Michael C. School 12795 La Barr Meadows Rd Grass Valley California [95949]    530-477-7940    Page 2



**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __Nevada_____

On __March 12th 2018__ before me, ____Colin Miller, Notary Public____,
       Date                                                      Here Insert Name and Title of the Officer
personally appeared ____Michael C. School_____
                              Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

```
COLIN MILLER
COMM. # 2126921
NOTARY PUBLIC • CALIFORNIA
NEVADA COUNTY
My Comm. Exp. Sep. 17, 2019
```

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  
             Signature of Notary Public

Place Notary Seal and/or Stamp Above

——————————— **OPTIONAL** ———————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  
Title or Type of Document: __No Trespassing Notice & Fee Schedule__  
Document Date: __3-12-18__                        Number of Pages: __2__  
Signer(s) Other Than Named Above: __∅__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____  
☐ Corporate Officer – Title(s): _____  
☐ Partner – ☐ Limited  ☐ General  
☐ Individual        ☐ Attorney in Fact  
☐ Trustee          ☐ Guardian of Conservator  
☐ Other: _____  
Signer is Representing: _____

Signer's Name: _____  
☐ Corporate Officer – Title(s): _____  
☐ Partner – ☐ Limited  ☐ General  
☐ Individual        ☐ Attorney in Fact  
☐ Trustee          ☐ Guardian of Conservator  
☐ Other: _____  
Signer is Representing: _____

©2017 National Notary Association



# WARNING- PRIVATE PROPERTY

# NO TRESPASSING

Without the Owners Express Verbal or Written Authorization

This includes any and all Government Agents,

Except in case of Fire or Medical Emergency.

Those so Trespassing are subject to civil and criminal penalties per

## TITLE 18 U.S.C., Sections 241, 242, 245, 2381

And any and all other applicable Federal and State civil or criminal "Trespass" Statutes.

This **NO TRESPASSING** Notice is also subject to the following provisions:

You are hereby notified that the owner(s) of this property requires all public officials, agents, or person(s) to abide by the "Supreme Law of the Land" The U.S. Constitution and the Ratified Amendments thereto. Owners refuse to permit any access, search, audit, assessment or inspection whatsoever of this property without the presentation of a warrant prepared as prescribed by the 4th and 14th Amendments particularly describing the place to be searched and the things to be seized. Alleged zoning or land use code violations do not establish grounds to enter this property.

### VIOLATORS WILL BE TREATED AS INTRUDERS

Violations can trigger fines of up to 10,000 per occurrence and prison sentences up to 10 years or both pursuant to trespass law. Notice(s) to the owner may be sent by Certified Mail Return Receipt Requested.

# WARNING- PRIVATE PROPERTY



Citizensactionnetwork.info

## Notary Proof of Service by Mail

Nevada County, California Republic- I __Jamie Arrigo__ Declare:

I am a citizen of the California Republic, and a resident of Nevada County, I am over 18 years of age. I am not a party to this action. My business /Mailing address is: PostNet 578 Sutton Way Grass Valley Ca,95945

On March 13th 2018, I served on behalf of Michael C. School a No Trespassing Notice with Fee Schedule for violations/deprivations, with a copy of the sign(s) being posted.(4 pages each packet) by placing a true copy thereof, in sealed envelopes with postage thereon fully prepaid, return envelopes included, in the United States mail Tracking info @ USPSTrackingtools.com

Addressed as follows: Gov. Gerald M. Brown BAR # 37100  C/O State Capitol Sacramento Ca,95814  Sent by certified mail # 7017-3040-0000-7247-7692

California Attorney General Xavier Becerra BAR # 118517   C/O 1300 I Street Sacramento Ca,95814 Sent by certified mail # 7017-3040-0000-7247-7685

Nevada County Sheriff C/O Keith Royal 950 Maidu Ave Nevada City Ca,95959 Sent by certified mail # 7017-3040-0000-7247-7630

Nevada County D.A. C/O Clifford Newell 201 Commercial St. Nevada City Ca,95959 Sent by certified mail # 7017-3040-0000-7247-7647

Nevada County Board of Supervisors Chairman Ed Scofield 950 Maidu Ave # 200 Nevada City Ca, 95959 Sent by certified mail # 7017-3040-0000-7247-7654

Nevada County Planning Dept. C/O Sean Powers 950 Maidu Ave # 170 Nevada City Ca,95959 Sent by certified mail # 7017-3040-0000-7247-7661

Nevada County Risk Manager C/O MaryJo Castruccio 950 Maidu Ave # 220 Nevada City Ca,95959 Sent by certified mail # 7017-3040-0000-7247-7678

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Seal:                              Notary Autograph _____  Date 3/13/18



JAMIE ARRIGO
COMM. # 2126914
NOTARY PUBLIC • CALIFORNIA
NEVADA COUNTY
My Comm. Exp. Sep. 17, 2019

1

