UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. SCHOOL, | Case No. 2:20-cv-00004-JAM-JDP (PS) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR PRODUCTION OF DOCUMENTS |
| v. | |
| OLIVIA RODRIGUES, *et al.*, | ECF No. 15 |
| Defendants. | |

Plaintiff, proceeding without counsel, moves for production of exculpatory evidence under *Brady v. Maryland*, 373 U.S. 83 (1963). ECF No. 15. Although the authority cited by plaintiff governs the *criminal* discovery process, it is not application to this *civil* case. The Federal Rules of Civil Procedure govern discovery in this case. Importantly, no party may move to compel discovery without first attempting to resolve the dispute with the other party. *See* Fed. R. Civ. P. 37(a)(1) (requiring the parties to meet and confer regarding discovery disputes before bringing them to the court). Additionally, in accordance with my Civil Procedures, the parties must conduct a telephonic conference with me before filing any discovery motion.[1]

Accordingly, plaintiff's motion for production of documents, ECF No. 15, is denied.

---

[1] Available online by clicking the "Civil Procedures" hyperlink at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/50231/.

IT IS SO ORDERED.

Dated:   September 28, 2021        /s/ Jeremy Peterson
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE