UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. SCHOOL, | No. 2:20-cv-00004-JAM-JDP PS |
| Plaintiff, | |
| v. | ORDER |
| OLIVIA RODRIGUES, et al., | |
| Defendants. | |

On August 31, 2021, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed August 31, 2021, are ADOPTED;
2. Defendants' motion to dismiss, ECF No. 11, is granted in part and denied in part;
3. Plaintiff's Equal Protection Clause, Due Process Clause, Fifth Amendment, and Sixth Amendment claims are dismissed; and

/////

/////

4. This case be referred back to the assigned magistrate judge for further proceedings.

Dated:  October 14, 2021               /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE