UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. SCHOOL,<br><br>Plaintiff,<br><br>v.<br><br>OLIVIA RODRIGUES, *et al.*,<br><br>Defendants. | Case No.  2:20-cv-00004-JAM-JDP (PS)<br><br>ORDER DIRECTING THE PARTIES TO RESPOND TO PLAINTIFF'S NOTICE<br><br>ECF No. 22<br><br>RESPONSE DUE WITHIN 30 DAYS |

On November 23, 2021, plaintiff, proceeding without counsel, filed a notice of voluntary dismissal.  ECF No. 22.  However, because defendants have already answered the complaint, plaintiff may not dismiss this case unilaterally.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, within 30 days of the date of entry of this order, defendants are directed either to enter into and to file a stipulation of dismissal with plaintiff under Rule 41(a)(1)(A)(ii) or to file a notice indicating that they are not at this time stipulating to dismissal.  The initial scheduling conference, set for December 2, 2021, is vacated.

IT IS SO ORDERED.

Dated:    November 23, 2021                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE